668 A.2d 55

IN THE MATTER OF AARON D. DENKER,
AN ATTORNEY AT LAW.

November 16, 1995.

## ORDER

**AARON D. DENKER** of **MT. LAUREL,** who was admitted to the bar of this State in 1976, having pleaded guilty to a Federal Information charging him with money laundering, in violation 18 *U.S.C.A.* 1956(a)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **AARON D. DENKER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **AARON D. DENKER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **AARON D. DENKER** comply with *Rule* 1:20–20 dealing with suspended attorneys.